IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ADS SERVICES, INC. | § |
| | § |
| vs. | § |
| | § |
| SOUTHWEST ENVIRONMENTAL | § |
| SERVICES, INC.; SOUTHWEST | § |
| PETROLEUM TECHNOLOGY, INC.; | §   CIV. NO. A-05CA647-LY |
| TSW GROUP, LLC; TITAN | § |
| MANAGEMENT GROUP, LLC; | § |
| SOUTHWEST eFUEL NETWORK | § |
| LLC; GREGORY CONSULTING, INC., | § |
| JAMESPORT CONTRACTING, INC. | § |
| D/B/A THE JAMESPORT GROUP; | § |
| AND ASSURED INDUSTRIES, INC. | § |

## STIPULATION OF DISMISSAL

Plaintiff and Defendants file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff is ADS Services, Inc., Defendants are Southwest Environmental Services, Inc., Southwest Petroleum Technology, Inc., TSW Group, L.L.C., Titan Management Group, L.L.C., Southwest eFuel Network, L.L.C., Gregory Consulting, Inc., Jamesport Contracting, Inc. d/b/a The Jamesport Group, and Assured Industries, Inc.

2. On August 15, 2005, Plaintiff sued Defendants.

3. Plaintiff and Defendant Southwest Environmental Services, Inc. have reached a settlement.

4. Plaintiff and Defendant Southwest Environmental Services, Inc. rely upon the representations and obligations in the Compromise Settlement Agreement in dismissing this lawsuit.

5. Plaintiff and Defendants, who have answered and counterclaimed, hereby stipulate and agree to dismiss the above-captioned case with prejudice, the parties to bear their respective costs.

6. This case is not a class action.

7. A receiver has not been appointed in this action.

8. This case is not governed by any federal statute that requires an order of the Court for dismissal of the case.

9. Neither Plaintiff nor Defendants have dismissed an action based on or including the same claims as those presented in this suit.

Respectfully submitted,

By: _____
Michael C. McCrea
mmccrea@dbcslaw.com
Texas Bar No. 13485500
**DUBOIS, BRYANT, CAMPBELL & SCHWARTZ, LLP**
700 Lavaca, Suite 1300
Austin, TX 78701
(512) 457-8000 (Telephone)
(512) 457-8008 (Facsimile)

Counsel for Plaintiff
**ADS SERVICES, INC.**

By: _____

Alan D. Albright
ada@fr.com
Texas Bar No. 00973650
**FISH & RICHARDSON P.C.**
One Congress Plaza, 4th floor
111 Congress Avenue
Austin, Texas 78701
(512) 391-4930 (Telephone)
(512) 391-6837 (Facsimile)

Neil J. McNabnay
njm@fr.com
Texas Bar No. 24002583
Decker M. Cammack
dmc@fr.com
Texas Bar No. 24036311
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

Counsel for Defendants
**SOUTHWEST ENVIRONMENTAL
SERVICES, INC. and
ASSURED INDUSTRIES, INC.**

By: /s/ Robert Bodoin
Robert R. Bodoin
bob@bodoinlaw.com
Texas Bar No. 02545000
Mark Burge
markburge@bodoinlaw.com
Texas Bar No. 24001808
**BODOIN, BURNSIDE, BURGE & AGNEW, P.C.**
Burnett Plaza, Suite 3450
801 Cherry Street, Unit 31
Fort Worth, TX 76102
(817) 377-1654 (Telephone)
(817) 377-1213 (Facsimile)

Counsel for Defendants
**SOUTHWEST PETROLEUM TECHNOLOGY, INC.,
TITAN MANAGEMENT GROUP, LLC,
and TSW GROUP, LLC**

By: /s/ Hugh G. Connor, II
Hugh G. Connor, II
Hugh_Connor@khh.com
Texas Bar No.
Michael D. Anderson
Michael_Anderson@khh.com
Texas Bar No.
**KELLY, HART & HALLMAN P.C.**
201 Main St., Suite 2500
Fort Worth, TX 76102
(817) 332-2500 (Telephone)
(817) 878-9280 (Facsimile)

Counsel for Defendants
**GREGORY CONSULTING, INC.,
SOUTHWEST eFUEL NETWORK LLC,
and JAMESPORT CONTRACTING, INC.
D/B/A THE JAMESPORT GROUP**