IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

MAR 28 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| ADS SERVICES, INC. | § |
| | § |
| PLAINTIFF, | § |
| | § |
| V. | § CAUSE NO. A-05-CA-647-LY |
| | § |
| SOUTHWEST ENVIRONMENTAL SERVICES, INC.; SOUTHWEST PETROLEUM TECHNOLOGY, INC. TSW GROUPS, LLC; TITAN MANAGEMENT GROUP, LLC; SOUTHWEST eFUEL NEWTWORK LLC; GREGORY CONSULTING, INC., JAMESPORT CONTRACTING, INC. D/B/A THE JAMESPORT GROUP AND ASSURED INDUSTRIES, INC. | § § § § § § § § § § |
| DEFENDANTS. | § |

## FINAL JUDGMENT

Before the Court is the above entitled cause of action. On this same date, this Court signed an agreed order on stipulation of dismissal. Accordingly, the Court enters the following Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER IT IS ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY IT IS ORDERED** that this action is hereby **CLOSED**.

SIGNED this 27th day of March, 2007.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE